ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| EG Designbuild, LLC | ) | ASBCA Nos. 64087, 64088, 64089 |
| | ) | 64090, 64091, 64092 |
| | ) | 64093, 64094 |
| | ) | |
| Under Contract No. N40085-18-D-1126 | ) | |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                    Sabah K. Petrov, Esq.
                                      Bradley Arant Boult Cummings LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
                                      Navy Chief Trial Attorney
                                    David L. Nimmich, Esq.
                                      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE TAYLOR

The parties have settled these appeals and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion for a consent judgment, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $355,322. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 28, 2025

_____
ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 64087, 64088, 64089, 64090, 64091, 64092, 64093, 64094 Appeals of EG Designbuild, LLC, rendered in conformance with the Board's Charter.


      Dated:  April 29, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2